IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01562-LTB-MJW

DOUG PACE,

    Plaintiff,

v.

UNITED SERVICES AUTOMOBILE ASSOCIATION, a/k/a USAA,

    Defendant.

---

**ORDER VACATING ORDER OF REFERENCE TO U.S. MAGISTRATE JUDGE**

---

    THIS MATTER is before the Court *sua sponte*. The undersigned Judge's August 18, 2005 Order of Reference is hereby VACATED.

    DATED: August 26, 2005

                                            BY THE COURT:

                                            s/ Phillip S. Figa
                                            _____
                                            Phillip S. Figa
                                            United States District Judge