IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-CV-01562-LTB-MJW

DOUG PACE,

Plaintiff(s),

v.

UNITED SERVICES AUTOMOBILE ASSOCIATION, a/k/a USAA,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Plaintiff Pace's Motion for Proptective[sic] (Protective) Order (docket no. 24) is GRANTED finding good cause shown. The deposition of Plaintiff set on February 17, 2006, at 10:00 a.m. is VACATED. The parties are to meet and confer within (5) days from the date of this order and reset Plaintiff's deposition.

Date: February 17, 2006