IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-1562-LTB-MJW

DOUG PACE,

    Plaintiff,

v.

UNITED SERVICES AUTOMOBILE ASSOCIATION, a/k/a USAA

    Defendant.

---

ORDER RE: UNOPPOSED MOTION TO RESCHEDULE HEARING
REGARDING MOTION FOR PROTECTIVE ORDER

---

THIS MATTER comes before the Court on Plaintiff's Motion to Reschedule Hearing Regarding Motion for Protective Order, and the Court being fully apprised in the premises, hereby GRANTS Plaintiff's Motion to Re-schedule Hearing Regarding Motion for Protective Order. (*)

GRANTED this 1st day of March, 2006.

BY THE COURT:

(*) The motions Hearing is reset to March 20th, 2006 at 3:00 p.m.

_____
United States Magistrate Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE