**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-01562-LTB-MJW

DOUG PACE,

       Plaintiff,

v.

UNITED SERVICES AUTOMOBILE ASSOCIATION, a/k/a USAA,

       Defendant.
_____

**ORDER**
_____

Upon Defendant's Motion for Miscellaneous Relief to Approve Amendment to Answer (Doc 43 - filed May 24, 2006), it is

ORDERED that the Motion is GRANTED.  Defendant's Motion to Amend Answer (Doc 40 - filed April 11, 2006) is GRANTED and the Amended Answer is accepted for filing.

                                            BY THE COURT:

                                              s/Lewis T. Babcock
                                            Lewis T. Babcock, Chief Judge

DATED: May 25, 2006