IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.  05-cv-01562-LTB-MJW

DOUG PACE,

      Plaintiff,

v.

UNITED SERVICES AUTOMOBILE ASSOCIATION, a/k/a USA,

      Defendant.

---

## ORDER REGARDING DEFENDANT'S MOTION TO ENFORCE PROTECTIVE ORDER (DOCKET NO. 47)

---

Entered by U.S. Magistrate Judge Michael J. Watanabe

This matter is before the court on the Defendant's Motion to Enforce Protective Order (docket no. 47).  The court has reviewed the motion and Plaintiff's response (docket no. 58).  In addition, the court has taken judicial notice of the court's file and has considered applicable Federal Rules of Civil Procedure and case law.  The court now being fully informed makes the following findings of fact, conclusions of law and order.

FINDINGS OF FACT AND CONCLUSIONS OF LAW

The court finds:

1.      That I have jurisdiction over the subject matter and over the parties to this lawsuit.

2.      That venue is proper in the state and District of Colorado.

3.      That each party has been given a fair and adequate opportunity to be heard.

4.      That pursuant to Fed. R. Civ. P. 26(c), a court "may make any order which justice requires to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense." "A court may, among other things, enter a protective order providing that discovery 'not be had' or 'be had only on specified terms and conditions.'" <u>Gillard v. Boulder Valley School District RE-2</u>, 196 F.R.D. 382, 385 (D. Colo. 2000).

5.      That enforcement of the protective order as it relates to the contested Defendant's  Employee Handbook (bates stamped numbered PLDP000117-000155) should be enforced.  Such handbook is confidential and shall be covered by the protective order currently in place in this case.

## ORDER

WHEREFORE, based upon these findings of fact and conclusions of law, this court ORDERS:

1.      That Defendant's Motion to Enforce Protective Order (docket no. 47) is GRANTED.

2.      That the Defendant's Employee Handbook (bates stamped numbered PLDP000117-000155) is subject to the protective order in place in this case.

3.      That each party shall pay their own attorney fees and costs

for this motion.

Done this 21nd day of August 2006.

BY THE COURT

S/ Michael J. Watanabe
Michael J. Watanabe
U.S. Magistrate Judge