# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.** 05-cv-01562-LTB-MJW | FTR |
| **Date:** November 21, 2006 | Shelley Moore, Deputy Clerk |
| DOUG PACE, | Rodney P. Bridgers, Jr. |
| Plaintiff(s), | |
| v. | |
| UNITED SERVICES AUTOMOBILE ASSOCIATION, a/k/a USAA, | Daniel M. Combs |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**FINAL PRETRIAL CONFERENCE**

**Court in session 8:32 a.m.**

Court calls case. Appearances of counsel.

Mr. Combs informs the court that Mr. Deeny is now unavailable to appear by telephone this morning.

Defendant makes Oral Motion to Withdraw Motion for Leave to Allow Counsel to Appear by Telephone at Pretrial Conference [81].

**ORDERED:** Defendant's Oral Motion to Withdraw Motion for Leave to Allow Counsel to Appear by Telephone at Pretrial Conference [81] is GRANTED. The motion [81] is WITHDRAWN.

The proposed Final Pretrial Order is reviewed.

**ORDERED:** Plaintiff's Motion for Extension of Time to File Response/Reply as to Brief in Support of Motion for Summary Judgment [56] is GRANTED. Plaintiff shall file response to Defendant's Motion for Summary Judgment by December 1, 2006.

**ORDERED:** A **Settlement Conference** is set for **February 7, 2007, at 10:00 a.m.** in Courtroom A502. All attorneys, parties and/or representatives with full settlement authority shall be present at the settlement conference. Updated confidential settlement statements are due, in PDF format to Watanabe_Chambers@cod.uscourts.gov, by **February 2, 2007**.

**ORDERED:** The Final Pretrial Order is approved and shall be filed as amended on the record.

Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained unless a written request is made FIVE (5) business days in advance of the date of appearance. Valid photo identification is required to enter the courthouse.

**Court in Recess 8:54 a.m.**
Total In-Court Time 0:22, hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.