IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Case No.  05-cv-01562-LTB-MJW

DOUG PACE,

    Plaintiff,

v.

UNITED SERVICES AUTOMOBILE ASSOCIATION, a/k/a USAA,

    Defendant.

_____

ORDER
_____

Upon Defendant's Motion to Reconsider the Court's Order Denying in Part Defendant's Motion for Summary Judgment (Doc 92 - filed January 2, 2007), it is

ORDERED that the Motion is DENIED.

                                            BY THE COURT:

                                              s/Lewis T. Babcock
                                            Lewis T. Babcock, Chief Judge

DATED: January 3, 2007