IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Case No.  05-cv-01562-LTB-MJW

DOUG PACE,

      Plaintiff,

v.

UNITED SERVICES AUTOMOBILE ASSOCIATION, a/k/a USAA,

      Defendant.

_____

## ORDER

_____

      As discussed at the trial preparation conference held on April 12, 2007, IT IS HEREBY

ORDERED as follows:

      1.  Counsel for the parties shall conduct an Exhibit, Witness, and Instruction Conference

for the purposes enumerated at the trial preparation conference.

      2.  The parties shall submit revised witness and exhibit lists, an annotated and an

unannotated set of jury instructions, and proposed voir dire questions on or before April 27, 2007.

      3.  Plaintiff's responses to Defendant's motions in limine are due on or before April 23,

2007.  No replies to these motions shall be permitted.

      4.  A final trial preparation conference shall be held on April 30, 2007 at 2:00 p.m.

Dated: April ___12___, 2007, in Denver, Colorado.

BY THE COURT:

___s/Lewis T. Babcock_____

LEWIS T. BABCOCK, CHIEF JUDGE