# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

# CHIEF JUDGE LEWIS T. BABCOCK
_____

| | | |
|---|---|---|
| Courtroom Deputy: | Deborah Hansen | Date: April 24, 2007 |
| Court Reporter: | Gwen Daniel | |

_____

Case No.  05-cv-01562-LTB-MJW                        Counsel:

DOUG PACE,                                                        Jaime L. Baxter
                                                                              Rodney Bridgers
Plaintiff,

v.

                                                                              Daniel Combs
UNITED SERVICES AUTOMOBILE ASSN.,        Raymond Deeny

Defendant.
_____

# COURTROOM MINUTES
_____

HEARING - Motions in Limine

02:55 p.m.     Court in Session

Appearances

Court's comments

Argument by Mr. Bridgers re motions in limine

Motion in Limine Re Attorney-Client Privileged Testimony (Doc No. 105)
Motion in Limine Re Time-Barred Claims (Doc No. 106)
Motion in Limine non-similarly situated employees (Doc No. 107)
Motion in Limine Re Exclude Evidence from Other Litigation (Doc No. 108)

Response Argument by Mr. Deeny

Rebuttal Argument by Mr. Bridgers

1

|   |   |   |
|---|---|---|
| **ORDERED:** | **1)** | **Motion in Limine Re Attorney-Client Privileged Testimony (Doc No. 105) is GRANTED.** |
|   | **2)** | **Motion in Limine Re Time-Barred Claims (Doc No. 106) is DENIED.** |
|   | **3)** | **Motion in Limine non-similarly situated employees (Doc No. 107) is GRANTED** |
|   | **4)** | **Motion in Limine Re Exclude Evidence from Other Litigation (Doc No. 108) GRANTED AS CONFESSED.** |
| 03:42 p.m. | Court in Recess  Hearing concluded  Time: \47 |   |