IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Case No. 05-cv-01562-LTB-MJW

DOUG PACE,

    Plaintiff,

v.

UNITED SERVICES AUTOMOBILE ASSOCIATION, a/k/a USAA,

    Defendant.
_____

ORDER
_____

    In four separate motions, the defendant, United Services Automobile Association, a/k/a USAA asks me to exclude evidence that the plaintiff, Doug Pace, intends to introduce at the trial of his claim against USAA for age discrimination. I have the benefit of the parties' briefs and their oral arguments presented at the April 24, 2007 hearing. Mr. Pace made no offers of proof and called no witnesses. For the reasons stated on the record during the April 24, 2007 hearing, it is ORDERED that:

1) USAA's "Motion *In Limine* Regarding Attorney-Client Privileged Testimony" [105] is GRANTED;

2) USAA's "Motion *In Limine* Regarding Time-Barred Claims" [106] is DENIED;

3) USAA's "Motion *In Limine*" [107] is GRANTED; and

4) USAA's "Motion *In Limine* Regarding Evidence From or Regarding Other Lawsuits or Claims Involving Defendant" [108] is GRANTED AS CONFESSED.

Dated: April __24__, 2007 in Denver, Colorado.

                                                BY THE COURT:

                                                s/Lewis T. Babcock
                                                Lewis T. Babcock, Chief Judge