## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**  05-cv-01562-LTB-MJW            FTR

**Date:** June 20, 2007                              Shelley Moore, Deputy Clerk

DOUG PACE,                                           Rodney P. Bridgers, Jr.
                                                     Jaime L. Baxter
              Plaintiff(s),                          Robert E. Markel

v.

UNITED SERVICES AUTOMOBILE ASSOCIATION,   Raymond M. Deeny
a/k/a USAA,                               Daniel M. Combs

              Defendant(s).

## COURTROOM MINUTES / MINUTE ORDER

**SHOW CAUSE HEARING**

**Court in Session 8:30 a.m.**

Court calls case.  Appearances of counsel.  Plaintiff is present.

Plaintiffs and Defendants have no witnesses to call.

8:32 a.m.      The Court, on its own motion under Rule 416, calls R. Kevin Rea.  Witness is sworn.  Direct examination of witness by the Court.

The witness is tendered a copy of a document titled Barracuda Firewall Spam Filter User's Guide.

8:44 a.m.      Cross examination by Mr. Bridgers, Jr. on behalf of Plaintiff.

8:44 a.m.      Cross examination by Mr. Deeny on behalf of Defendant.

The witness is directed to the e-mail summaries attached to the Rea Affidavit.

9:07 a.m.      Redirect examination by the Court.

9:11 a.m.      Re-cross examination by Mr. Bridgers, Jr.

9:13 a.m.  The witness is excused.

9:14 a.m.      Mr. Bridgers, Jr. presents argument.

9:18 a.m.        Mr. Deeny presents argument.

Defendant makes Oral Motion to Amend Motion for Attorney Fees (DN 135) to include attorney fees and costs for the June 13, 2007, and today's appearances.

**ORDERED:**   A written order will issue as to the order to show cause (DN 134).

**ORDERED:**   Defendant's Oral Motion to Amend Motion for Attorney Fees (DN 135) is taken **under advisement**.

9:23 a.m.        Mr. Bridgers, Jr. makes statements concerning the settlement documents.

Plaintiff makes Oral Motion for Judgment in Favor of Plaintiff in the Amount of $25,000.00 or in the Alternative that Defendant be Ordered to Provide an Amended Release.

Plaintiff is directed to file a motion requesting that relief.

A settlement conference, to review language for the release, will convene immediately following this hearing.

**Court in recess 9:31 a.m.**
Total In-Court Time 1:01, hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.