IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 05-cv-01562-LTB-MJW

DOUG PACE,

    Plaintiff,

v.

UNITED SERVICES AUTOMOBILE ASSOCIATION, a/k/a USA,

    Defendant.

## MINUTE ORDER

**Entered by U.S. Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that plaintiff's Motion to Seal Pleading (Docket No. 146) and Defendant's Motion to Seal Pleading (Docket No. 151) are **granted**. According, Docket Nos. 149 and 152 are sealed until further order of the court. It is further

**ORDERED** that plaintiff's Motion to Compel Defendant USAA to Comply with the Terms of the Settlement Agreement (Docket No. 149/150) is **denied**. For the reasons stated in the defendant's response (Docket No. 152), not only is this motion now moot, but it was unnecessary, groundless, and frivolous to begin with, particularly after defense counsel's telephone call and e-mail to plaintiff's counsel on July 2, 2007. Defendant's payment by courier on July 3, 2007, constituted "prompt" payment within the terms of the Settlement Agreement. Plaintiff's counsel shall pay defendant its attorney fees and expenses in having to respond to the motion. Counsel shall meet and confer forthwith to see if the amount of attorney fees and expenses can be stipulated. If counsel are able to stipulate to the amount of attorney fees and expenses, then they shall file such stipulation with the court. If they are unable to stipulate to the amount of attorney fees and expenses, then the defendant shall have up to and including July 19, 2007, to file its itemized affidavit for attorney fees and expenses. The plaintiff shall then have until July 24, 2007, to file his response to defendant's itemized affidavit for attorney fees and expenses. If a response is filed, then defendant shall have up to and including July 30, 2007, to file any reply to plaintiff's response.

Date: July 9, 2007