IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01562-LTB-MJW

DOUG PACE,

      Plaintiff,

v.

UNITED SERVICES AUTOMOBILE ASSOCIATION, a/k/a USAA

      Defendant.
_____

## ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Joint Stipulated Motion for

Dismissal With Prejudice (Doc 144 - filed July 2, 2007), and the Court being fully advised

in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to

pay their own fees and costs.

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED: July 9, 2007