IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 05-cv-01562-LTB-MJW

DOUG PACE,

    Plaintiff,

v.

UNITED SERVICES AUTOMOBILE ASSOCIATION, a/k/a USA,

    Defendant.

## ORDER

**Entered by U.S. Magistrate Judge Michael J. Watanabe**

    In an Order Regarding: Order to Show Cause (Docket No. 134) and Defendant United Services Automobile Association's Motion for Attorney Fees (Docket No. 135), which was filed on July 9, 2007 (Docket No. 156), this court granted defendant United Services Automobile Association's Motion for Attorney Fees (docket no. 135), but noted that the court would decide in the future the amount of the attorney fees and expenses.[1] More specifically, this court ordered that plaintiff's counsel, Rodney P. Bridgers, Jr., Robert E. Markel and Jaime L. Baxter, jointly and severally, shall pay to defendant the reasonable and necessary attorney fees and expenses it incurred as a result of attending the scheduled settlement conference on May 30, 2007, and for attending and participating in the hearings before this court on June 13 and 20, 2007, pursuant to

---

    [1]In an Order dated August 10, 2007 (Docket No. 166), Judge Babcock found and concluded that this court's Order of July 9, 2007 (Docket No. 156), was neither clearly erroneous nor contrary to law and was correct.

2

Fed. R. Civ. P. 16(f).  Counsel were directed to meet forthwith to see if the amount of attorney fees and expenses can be stipulated.  If counsel were able to stipulate to the amount of attorney fees and expenses, then they were directed to file such stipulation with the court.  If counsel were unable to stipulate to the amount of attorney fees and expenses, then the defendant was directed to file its updated itemized affidavit for attorney fees and expenses on or before July 19, 2007.  Plaintiff was given up to and including July 24, 2007, to file his response to defendant's updated itemized affidavit for attorney fees and expenses.  If a response was filed, then defendant was to have up to and including July 30, 2007, to file any reply to plaintiff's response.

A stay of the above order was neither sought nor obtained.  On July 19, 2007, defendant timely filed a Statement Regarding Attorney's Fees and Expenses (Docket No. 159), which included affidavits of Daniel M. Combs (an attorney of record for defendant) (Docket No. 159-2) and Mary T. Brown (a legal analyst for defendant) (Docket No. 159-3) and copies of a travel invoice (Docket No. 159-4), a hotel bill (Docket No. 159-5), and billing records (Docket No. 159-6).  The total amount of attorney fees and expenses sought is $2,392.96, which consists of $1,946.76 relating to Defendant's Motion for Attorney Fees and Costs and $446.20 relating to Defendant's Response to Plaintiff's Motion to Compel.

Despite this court's order directing plaintiff to file a response to this Statement Regarding Attorney's Fees and Expenses on or before July 24, 2007 (Docket No. 156 at 10), plaintiff has failed to do so and thus has confessed the amount of attorney fees and expenses sought by defendant.  Moreover, having carefully reviewed the

3

defendant's Statement Regarding Attorney's Fees and Expenses (Docket No. 159) and the accompanying affidavits and documentation, this court finds that the amount sought is fair, reasonable, and necessary.  It is therefore hereby

**ORDERED** that on or before August 20, 2007, Rodney P. Bridgers, Jr., Robert E. Markel, and Jaime L. Baxter, jointly and severally, shall remit payment to defense counsel in the amount of $2,392.96, which constitutes the reasonable and necessary attorney fees and expenses defendant incurred as a result of attending the settlement conference on May 30, 2007, and for attending and participating in the hearings before this court on June 13 and 20, 2007, pursuant to Fed. R. Civ. P. 16(f).

Done this 14th day of August 2007.

                                              BY THE COURT

                                              <u>s/ Michael J. Watanabe</u>
                                              Michael J. Watanabe
                                              U.S. Magistrate Judge